UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOLIN ANDREWS,<br><br>          Plaintiff,<br><br>vs.<br><br>R.A. CORTEZ,<br><br>          Defendant.<br>_____/ | 1:01-cv-05783-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 20)<br><br>**ORDER DISMISSING [FIRST] AMENDED COMPLAINT/ACTION** (Doc. 17) |

     Plaintiff, Antolin Andrews ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On March 20, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On May 4, 2006, plaintiff filed objections to the Findings and Recommendations.

     In accordance with the provisions of 28 U.S.C.

1

§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations, filed March 20, 2006, are ADOPTED IN FULL;

    2.  The [first] amended complaint, filed May 24, 2004, is DISMISSED in its entirety, without leave to amend, as plaintiff was previously granted leave to amend and was unable to cure the deficiencies identified; and,

    3.  This action is therefore dismissed in its entirety.

IT IS SO ORDERED.

**Dated:   July 29, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE